# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| JENNIFER NOWLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:20-cv-00193-TRM-CRW |
| LOWE'S HOME CENTERS LLC, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties, Plaintiff Jennifer Nowlin and Defendant Lowe's Home Centers, LLC have agreed to compromise and settle this matter. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate the dismissal of this action with prejudice. The claims of Plaintiff Nowlin are dismissed with prejudice. Each party shall bear its own attorney's fees and expenses.

DATED this 15th day of October, 2021.

APPROVED FOR SUBMISSION:

s/Jonathan W. Doolan
Jonathan W. Doolan (BPR# 024397)
800 S. Gay Street, Suite 2250
Knoxville, TN 37929
(865) 851-1030
jonathan@morrisdoolan.com

*Counsel for Plaintiff*

By: s/Tim K. Garrett
Timothy K. Garrett (BPR #12083)
Laura M. Mallory (BPR #031917)
Robert W. Horton (BPR #017417)
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
tgarrett@bassberry.com
laura.mallory@bassberry.com
bhorton@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was forwarded via the Court's Electronic Mailing System, to:

Jonathan W. Doolan (BPR# 024397)
800 S. Gay Street, Suite 2250
Knoxville, TN 37929
(865) 851-1030
jonathan@morrisdoolan.com

*Counsel for Plaintiff*

on this the 15th day of October, 2021.

                                                       s/Tim K. Garrett

31644110.1